Royal F. Oakes (SBN 080480)
roakes@mail.hinshawlaw.com
Michael A.S. Newman (SBN 205299)
mnewman@mail.hinshawlaw.com
James C. Castle (SBN 235551)
jcastle@mail.hinshawlaw.com
HINSHAW & CULBERTSON LLP
633 West 5th Street, 47th Floor
Los Angeles, CA 90071-2043
Telephone:  213-680-2800
Facsimile:   213-614-7399

Attorneys for Defendant
Metropolitan Life Insurance Company

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| MARK LOEFFLER,<br><br>          Plaintiff,<br><br>     vs.<br><br>METROPOLITAN LIFE INSURANCE COMPANY, and DOES 1-10,<br><br>          Defendants. | Case No. 15-CV-01710-NC<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE; [~~PROPOSED~~] ORDER THEREON**<br><br>[Pursuant to Fed. R. Civ. P. 41(a)]<br><br>Complaint Filed:  February 6, 2015 |

## **STIPULATION**

IT IS HEREBY STIPULATED by and between Defendant Metropolitan Life Insurance Company ("MetLife") and Plaintiff Mark Loeffler ("Plaintiff") and through their respective counsel, that the above-referenced action be, and is hereby, dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1). Each party to bear their own fees and costs.

IT IS SO STIPULATED.

Dated:  July 9, 2015                                         HINSHAW & CULBERTSON LLP

                                                             By:  */s/ James C. Castle*
                                                                  ROYAL F. OAKES
                                                                  JAMES C. CASTLE
                                                                  Attorneys for Defendant
                                                                  Metropolitan Life Insurance
                                                                  Company

Dated:  July 9, 2015                                         JACHIMOWICZ, POINTER & EMANUEL

                                                             By:  */s/ Joel P. Waelty*
                                                                  JOEL P. WAELTY
                                                                  Attorneys for Plaintiff Mark
                                                                  Loeffler

36074424v1 0970996

## [PROPOSED] ORDER

Having reviewed the parties' stipulation, the case is hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1).

Date ___July 9, 2015___     _____
NATHANAEL M. COUSINS
United States Magistrate Judge



36074424v1 0970996